JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY NORMAN CABRERA, | ) ) | Case No. CV 13-4702-GAF (JEM) |
| Petitioner, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| SANDRA PENNYWELL, Warden, | ) ) | |
| Respondent. | ) ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 24, 2014

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS-6

2